**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| IN RE: In the Matter of the Search of<br>100 Cynthia Drive<br>Nicholasville, Kentucky 40356 ) ) ) ) ) ) ) ) | Case No. 25-mj-5323-MAS |

**ORDER**

Upon the Court's own motion, **IT IS ORDERED** that this matter is **UNSEALED, CLOSED,** and shall be **STRICKEN** from the Court's active docket.

Entered this 12th day of August, 2025.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY